IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No.: 2:10-CR-9-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WAYNE DWIGHT SIMMONS, | ) | |
| | ) | |
| Defendant | | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 2 – Defendant's Updated Vaccination Record [D.E. 74] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 70] For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 2 – Defendant's Updated Vaccination Record [D.E. 74].

SO ORDERED this 16 day of March, 2021.

JAMES C. DEVER III
United States District Court Judge